In the Matter of the Claim of EMMA ERNEST, Respondent, v. BOGGS LAKE ESTATE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.